**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: STOEVER GLASS WEALTH MANAGEMENT, INC.        CASE NO.: 25–10298–jpm

Social Security/Taxpayer ID/Employer ID/Other Nos.: 47–1802691        CHAPTER: 7

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge John P. Mastando III on February 18, 2025 for administration. Please style all future captions with the appropriate judicial suffix (jpm ).

Dated: February 18, 2025                    Vito Genna
                                            Clerk of the Court