# Notice Recipients

District/Off: 0208−1                    User: admin                    Date Created: 2/18/2025

Case: 25−10298−jpm                 Form ID: 144                   Total: 36

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Julie B. Wlodinguer | jwlodinguer@reitlerlaw.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | STOEVER GLASS WEALTH MANAGEMENT, INC.    30th Wall Street    New York, NY 10005 |
| smg | New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance    Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038 |
| 8545464 | Adhesion Wealth Advisor Solutions, Inc.    5925 Carnegie Blvd.    Charlotte, NC 28209 |
| 8545465 | Arthur J Gallagher & Co    200 Jefferson Park    Whippany, NJ 07981 |
| 8545466 | Barry Gothelf    226 RUCKMAN ROAD    CLOSTER NJ 07624−2108 |
| 8545467 | Citibank CBO Services, Inc.    PO Box 6201    Sioux Falls, SD 57117 |
| 8545468 | Corey Schwartz    600 NW 7TH AVENUE    BOCA RATON FL 33486−3516 |
| 8545469 | FINRA    5200 Town Center Circle, Suite 200    Boca Raton, FL 33486 |
| 8545470 | FINRA    PO Box 418911    Boston, MA 02241−8911 |
| 8545471 | FINRA Dispute Resolution    Brookfield Place 200    Liberty Street New York NY 10281 |
| 8545472 | First Fiduciary    6100 Oak Tree Blvd. Suite 185    Cleveland, OH 44131 |
| 8545473 | Florida Department of Revenue    5050 West Tennessee Street    Tallahassee, FL 32399 |
| 8545474 | Gregory Olmo    14250 SW 24TH ST    DAVIE FL 33325−5033 |
| 8545475 | Horowitz & Ullmann, P.C.    232 Madison Avenue, Suite 1200    New York, NY 10016 |
| 8545476 | IRS    Centralized Insolvency Operation    Post Office Box 7346    Philadelphia, PA 19101−7346 |
| 8545477 | Joseph Simkin CPA    7 Bretton Ridge    Bedford Corners, NY 10549 |
| 8545478 | Joshua Goldglantz−Gunste    4855 TECHNOLOGY WAY STE 630    BOCA RATON FL 33431−5184 |
| 8545479 | Kelley Kronenberg, P.A    220 Alhambra Circle, Suite 410    Coral Gables, FL 33134 |
| 8545480 | Lindsey Olmo    14250 SW 24TH ST    DAVIE FL 33325−5033 |
| 8545481 | Michael Carrigg    1195 Purchase Brook Road    Southbury, CT 06488 |
| 8545482 | Morning Star    22 W. Washington St.    Chicago, IL 60602 |
| 8545483 | NYC Tax Commission    1 Centre St Ste 936    New York, NY 10007 |
| 8545484 | RBC Capital Markets, LLC    60 South Sixth Street    Minneapolis, MN 55402 |
| 8545485 | Reitler Kailas & Rosenblatt LLP    885 Third Avenue − 20th Floor    New York, NY 10022 |
| 8545486 | Rennert Vogel Mandler & Rodriguez, P.A    100 SE 2nd Street,    Miami, FL 33131 |
| 8545487 | Robin Schwartz    600 NW 7TH AVE    BOCA RATON FL 33486−3516 |
| 8545488 | Securities and Exchange Commission    100 F St NE    Washington, DC 20002−4251 |
| 8545489 | Securities and Exchange Commission    New York Division    100 Pearl St.    Suite 20−100    New York, NY 10004 |
| 8545490 | Sonn Law Group, P.A.    c/o Jeffrey R. Sonn, Esq.    One Turnberry Place    19495 Biscayne Blvd. Suite 607 |
| 8545491 | Stark & Stark    P.O. Box 5315    Princeton, NJ 33180 |
| 8545492 | Stoever, Glass & Company Inc.    30 Wall Street    New York, NY 10005 |

TOTAL: 34